**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DEVON SEAN STRONG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-15 |
| | § | |
| HILLARY R. MATTHEWS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Devon Sean Strong, an inmate confined at the Allred Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Hillary R. Matthews, Katrina Cheatham, Adrian Rollins, Mohamed Touhami, and Patrick D. Coleman.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On July 8, 2026, the magistrate judge recommended denying Plaintiff's Motion for Summary Judgment (#98). No Objections to the Report and Recommendation have been filed to date.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

1 Plaintiff received a copy of the Report and Recommendation on July 16, 2026 (#99). In his Motion for Preliminary Injunction filed July 27, 2026, Plaintiff also informed the court he does not plan on filing Objections to the Report and Recommendation (#100).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#98) is **ADOPTED**.

SIGNED at Beaumont, Texas, this 4th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE